## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **THURSTON WALLER,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **5:06-CV-114 (WDO)** |
| | : | |
| **LIEUTENANT HORN, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation to dismiss Defendants Putnam County Jail and Putnam County Sheriff's Department as defendants not subject to suit pursuant to 42 U.S.C. § 1983.  Having carefully considered the Recommendation, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court.  The case shall otherwise proceed as instructed in the Recommendation.

   **SO ORDERED this 6th day of June, 2006.**


     **S/**
     **WILBUR D. OWENS, JR.**
     **UNITED STATES DISTRICT JUDGE**