**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **THURSTON WALLER,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **5:06-CV-114 (WDO)** |
| | : | |
| **LT. RICKY HORN, et al.,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation to dismiss Plaintiff's case pursuant to Heck v. Humphrey, 512 U.S. 477, 486-487 (1994) (to recover damages for allegedly wrongful conviction or imprisonment or other harm that would render a conviction or sentence invalid, a § 1983 plaintiff must prove that the conviction or sentence has been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal or called into question by a federal court's issuance of a writ of habeas corpus). Having carefully considered the Recommendation, and the Plaintiff's objection thereto, the Recommendation is ADOPTED and made the order of the Court. This case is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED this 21st day of March, 2007.**

**S/**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**